**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
SEPTEMBER 28, 2021 SESSION

UNITED STATES OF AMERICA

v.                   CRIMINAL NO. 1:21-cr-00186
                                    18 U.S.C. § 2251(a)
                                    18 U.S.C. § 2251(e)

TIMOTHY EDWARDS

**I N D I C T M E N T**
(Sexual Exploitation of a Child)

The Grand Jury Charges:

From in or about April 2020 through in or about February 2021, at or near Ieager, McDowell County, West Virginia, and within the Southern District of West Virginia, defendant TIMOTHY EDWARDS did employ, use, persuade, induce, entice, and coerce a minor female to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and the visual depictions were transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE

In accordance with Section 2253(a) of Title 18 of the United States Code, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant TIMOTHY EDWARDS of a violation of 18 U.S.C. §§ 2251 et seq., as set forth in this indictment, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contains such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violations set forth in this indictment, any real and personal property constituting or traceable to gross profits or other proceeds obtained from the violations set forth in this indictment, and any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment.

LISA G. JOHNSTON
Acting United States Attorney

By: *Jenn Herrald*
JENNIFER RADA HERRALD
Assistant United States Attorney